IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3152 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| SALLY UNKNOWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon the Suggestion of Bankruptcy filed by the plaintiff, Tyrell Knight (filing no. 18),

IT IS ORDERED:

(1)   That this case is referred to the United States Bankruptcy Court for the District of Nebraska;

(2)   That this case shall be terminated for statistical purposes by the Clerk of Court for the District of Nebraska, unless and until returned to this court; and

(3)   That the Clerk of Court for the District of Nebraska shall deliver the record of this case in a form, whether electronic or otherwise, which is acceptable to the Bankruptcy Court for the District of Nebraska.

DATED this 20th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge