## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYRELL KNIGHT,** | ) | **CASE NO. 4:06CV3152** |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO** |
| | ) | **SHOW CAUSE** |
| **FRANK HOPKINS, et al.,** | ) | |
| Defendant. | ) | |

Whereas, 28 U.S.C. §1915(g) provides:

In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

And, whereas, a search of the records of this Court reveal that the Plaintiff has brought the following actions that were dismissed:

1. Knight v. Kamal et al., 4:04CV3358.

2. Knight v. Houston, 4:05CV3029.

3. Knight v. Crosby et al., 4:05CV3107.

4. Knight v. ASARCO, 4:05CV3165.

5. Therefore, on or before June 11, 2007, the Plaintiff shall file with this Court an affidavit or an affirmation made under penalty of perjury stating any reasons why the above-captioned action should not be dismissed in accordance with 28 U.S.C. §1915(g). In the absence of such a filing showing good cause why this action should not be dismissed, an order of dismissal will be entered.

Dated this 30th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge