## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYRELL KNIGHT,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANK HOPKINS, et. al. ,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Defendant, Sally Sterling's, Motion for Extension of Time (Filing No. 46). In her motion, the Defendant asks that she be granted an extension of time to file her Answer to the Plaintiff's complaint until such time that the Court has issued a ruling on the Plaintiff's Affidavit to show cause pursuant to 28 U.S.C. § 1915(g). The motion is granted.

IT IS ORDERED:

1. That in the event an Answer is required, the Defendant shall be allowed twenty days after the date in which the Court has ruled on the Plaintiff's show cause affidavit to file her Answer;

2. The Clerk of Court shall mail a copy of this Order to the Plaintiff at his last known address.

DATED this 18th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge